IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARGARET SUE BRENNAN, | |
| Plaintiff, | 8:25CV367 |
| vs. | |
| COLUMBIA DEBT RECOVERY, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC, | ORDER |
| Defendants. | |

This matter comes before the Court after a review of the docket and pursuant to NECivR. 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The complaint was filed on May 27, 2025. Filing No. 1. Plaintiff filed a return of service indicating service on Defendant Experian Information Solutions, Inc. ("Experian") on June 5, 2025. Filing No. 10. No answer or other responsive pleading has been filed. Plaintiff has a duty to prosecute her claims against Experian and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until August 27, 2025 to show cause why her claims against Experian should not be dismissed pursuant to NECivR. 41.2 for want of prosecution. The failure to timely comply with this Order may result in dismissal of Plaintiff's claims against Experian without further notice.

Dated this 28th day of July, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge