IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARGARET SUE BRENNAN,

    Plaintiff,

v.

COLUMBIA DEBT RECOVERY, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,

    Defendants.

8:25CV367

ORDER

    This matter is before the Court on plaintiff Margaret Brennan's ("Brennan") motions to "Dismiss Party and Sever Claims without Prejudice" (Filing Nos. 31, 32, 33) against defendants Experian Information Solutions, Inc., Trans Union, LLC, and Equifax Information Services, LLC. The deadlines to respond have since passed and no party has responded. Based on the foregoing,

IT IS ORDERED:

1. Plaintiff Margaret Brennan's motions to Dismiss Party and Sever Claims without Prejudice (Filing Nos. 31, 32, 33) are granted. Brennan's claims against defendants Experian Information Solutions, Inc., Trans Union, LLC, and Equifax Information Services, LLC are dismissed without prejudice.

2. A separate judgment will issue.

Dated this 30th day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge